IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAINIER SAPUY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROOSEVELT FIELD MALL DENTAL, P.C., CARE ANGEL, INC., and STOMATCARE DSO, LLC,<br><br>Defendants. | Civil File No. 2:21-cv-00322-JMA-AYS |

## NOTICE OF SETTLEMENT

Plaintiff Rainier Sapuy files this notice to advise the Court that Plaintiff and Defendant Care Angel, Inc., the only remaining defendant, have reached a settlement in principle to resolve this matter. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 45 days. Accordingly, the parties respectfully request that all current deadlines and hearings be suspended pending the filing of the Stipulation of Dismissal.

Respectfully submitted,

Date: September 1, 2022

*/s/ Avi R. Kaufman*
KAUFMAN PA
Avi R. Kaufman
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
305-469-5881
kaufman@kaufmanpa.com

PARONICH LAW, P.C.
Anthony I. Paronich
350 Lincoln St., Suite 2400

Hingham, MA 02043
617-485-0018
anthony@paronichlaw.com

*Attorneys for Plaintiff and proposed class*

## Certificate of Service

The foregoing document has been filed electronically, is available for viewing and downloading from the ECF system, and has been served on all parties of record via electronic service through the ECF system on September 1, 2022.

*/s/ Avi Kaufman*
Avi Kaufman