IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAINIER SAPUY, individually and on behalf of all others similarly situated, | Civil File No. 2:21-cv-00322-JMA-AYS |
| Plaintiff, | |
| v. | |
| CARE ANGEL, INC., | |
| Defendant. | |

# STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties file this Stipulation of Dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear their own fees and costs.

Dated: September 21, 2022

PLAINTIFF,

/s/Christopher N. Johnson, Esq  
Christopher N. Johnson, Esq.  
FBN: 69329  
GRAY ROBINSON, P.A.  
333 SE 2nd Avenue, Suite 3200  
Miami, Florida 33131  
Telephone: (305) 416-6880  
Facsimile: (305) 416-6887  
Christopher.johnson@gray-robinson.com

*Attorney for Third-Party Defendant*

/s/ Anthony Paronich  
Anthony Paronich  
Email: anthony@paronichlaw.com  
PARONICH LAW, P.C.  
350 Lincoln Street, Suite 2400  
Hingham, MA 02043  
Telephone: (617) 485-0018  
Facsimile: (508) 318-8100  
*Attorneys for Plaintiff*

**Certificate of Service**

The foregoing document has been filed electronically, is available for viewing and downloading from the ECF system, and has been served on all parties of record via electronic service through the ECF system on September 21, 2022.

                                              */s/ Anthony Paronich*
                                              Anthony Paronich